**Lisa Funk BOHANON, Appellant,**

v.

**Donald K. FUNK, Respondent.**

**No. WD 74755.**

Missouri Court of Appeals, Western District.

April 2, 2013.

Mary Ann Drape, Kansas City, MO, for appellant.

Patrick A. Hagerty, Lee's Summit, MO, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Lisa Funk Bohanon ("Mother") filed a motion in Jackson County Circuit Court to modify a final judgment of dissolution based on a change in circumstances, and a motion for contempt, asking that the trial court find her ex-husband, Donald Funk ("Father"), in contempt for failing to comply with the judgment of dissolution. Father cross-filed a motion to modify the judgment and for temporary orders. Following a trial, the trial court denied the motion for contempt and entered a judgment modifying certain portions of the judgment of dissolution, specifically, the custody schedule, child support, and the repayment terms of a second mortgage. We affirm. Rule 84.16(b).